# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS ANTONIO OCHOA POLO,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7021** |
| **v.** | : | |
| | : | |
| **MICHAEL T. ROSE, in his official capacity as ICE Acting Field Office Director,** *et al.***,** | : : : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 24th day of December 2025, upon consideration of Petitioner Luis Antonio Ochoa Polo's ("Mr. Ochoa") *petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241* ("Petition"), (ECF 1), Respondents' response in opposition, (ECF 4), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Mr. Ochoa's Petition is **GRANTED**, as follows:

1. Mr. Ochoa is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);
2. No later than ***five days*** from this Order, Respondent Rose (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Ochoa with a bond hearing in accordance with 8 U.S.C. § 1226(a);
3. Should the immigration judge deny bond, Respondent Rose (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Ochoa the opportunity to appeal that decision to the BIA.
4. Pending the ordered bond hearing, the Government *cannot* remove, transfer, or otherwise facilitate the removal of Mr. Ochoa from the Eastern District of Pennsylvania (the "District") before the ordered bond hearing. If the immigration judge determines that Mr. Ochoa is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Mr. Ochoa if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. This Court will then determine whether to grant the request and permit transfer of Mr. Ochoa.
5. ***The failure to provide a bond hearing within the five days ordered, will result in Mr. Ochoa's immediate release.***

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*